# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5158**

**September Term, 2022**

**1:22-cv-00996-UNA**

**Filed On:** September 20, 2022

Dennis Sheldon Brewer,

        Appellant

    v.

Christopher A. Wray, Mr., Director, Federal
Bureau of Investigation, et al.,

        Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Henderson and Pillard, Circuit Judges, and Sentelle, Senior Circuit
Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P.
34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing and the motion to
appoint counsel, it is

**ORDERED** that the motion to appoint counsel be denied. In civil cases,
appellants are not entitled to appointment of counsel when they have not demonstrated
sufficient likelihood of success on the merits. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's order filed on
May 16, 2022, be affirmed. The district court properly dismissed the case on the
ground that it is frivolous. See 28 U.S.C. § 1915(e)(2)(B); Denton v. Hernandez, 504
U.S. 25, 32-33 (1992) (district court may dismiss as frivolous a complaint whose factual
allegations "rise to the level of the irrational or the wholly incredible"); see also Best v.
Kelly, 39 F.3d 328, 330-31 (D.C. Cir. 1994) (suggesting "bizarre conspiracy theories"
and "fantastic government manipulations of [] will or mind" are claims that may warrant
dismissal).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk
is directed to withhold issuance of the mandate herein until seven days after resolution

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-5158**                    **September Term, 2022**

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.


**Per Curiam**


                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                        BY:    /s/
                               Daniel J. Reidy
                               Deputy Clerk